IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01744-WJM-KLM

BRENDA HUDLICKY,

    Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS, INC., a Texas corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Notice of Settlement** [Docket No. 8; Filed October 8, 2012].

    IT IS HEREBY **ORDERED** that the parties shall file dismissal papers on or before **November 2, 2012**.

    Dated:  October 9, 2012